**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Yu Zhang,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-05817-PHX-DJH

**ORDER**

On October 20, 2026, Respondents filed a Motion to Dismiss Petitioner's Petition for Writ of Mandamus (Doc. 17) for lack of jurisdiction. To allow briefing and a ruling on the Motion, the Court will vacate the November 25, 2026, Rule 16 Scheduling Conference (Doc. 15). The Conference will be reset, if necessary, after the Court's ruling on the Motion.

Accordingly,

**IT IS ORDERED** that the November 25, 2026, Rule 16 Scheduling Conference (Doc. 15) is **vacated**, to be reset, if necessary, upon resolution of Respondents' Motion to Dismiss.

Dated this 20th day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge