**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Yu Zhang,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-05817-PHX-DJH

**ORDER**

This matter is before the Court on Plaintiff's Notice of Filing First Amended Complaint (Doc. 19). Plaintiff has not, however, separately filed his First Amended Complaint, but only attached it as an exhibit to his Notice.

Accordingly,

**IT IS ORDERED** that Plaintiff file a separate clean copy of their First Amended Complaint within **three (3) days** of the date of this order.

**IT IS FURTHER ORDERED** that existing defendants must file their responsive pleadings **no later than 14 days** after the filing of the First Amended Complaint (*see* Fed.R.Civ.P 15(a)(3)). Any new defendants must file their responsive pleadings in accordance with Rule 12(a).

/ / /

/ / /

/ / /

/ / /

**IT IS FINALLY ORDERED** in light of the First Amended Complaint, the Motion to Dismiss for Lack of Jurisdiction (Doc. 17) shall be terminated as moot.

Dated this 12th day of November, 2026.

Honorable Diane J. Humetewa
United States District Judge